CARTHEW, Appellant, vs. CITY OF PLATTEVILLE, Respondent.

*April 13—May 2, 1916.*

*Johns v. Platteville, ante,* p. 219, followed.

APPEAL from a judgment of the circuit court for Grant county: GEORGE CLEMENTSON, Circuit Judge.    *Reversed.*

*Calvert Spensley,* for the appellant.

*R. A. Goodell,* attorney, and *J. W. Murphy,* of counsel, for the respondent.

ROSENBERRY, J.    The issues in this case are the same as those in the case of *Johns v. Platteville, ante,* p. 219, 157 N. W. 761, and this case is controlled by the decision in that case, and the mandate will therefore be the same.

*By the Court.*—Judgment reversed, and cause remanded for further proceedings in accordance with the opinion in *Johns v. Platteville,* the circuit court to assess damages upon this record or take further testimony upon that point, as it may determine.